# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **TPI Holdings, Inc.;** ) | |
| **Dominion Enterprises; and** ) | |
| **Autotrader.com, Inc.;** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | Civil Action No. 1:12-cv-04383-SCJ |
| **v.** ) | |
| ) | **JURY TRIAL DEMANDED** |
| **Trader Interactive, LLC;** ) | |
| **Jeffrey Schwartz; and** ) | |
| **John Does 1-10;** ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

## NOTICE OF CHANGE OF ADDRESS OF COUNSEL

Pursuant to Local Rule 83.1, notice is hereby given that the address of counsel for Defendant has changed, as follows:

Robert M. Ward
The Pinnacle Building
3455 Peachtree Road North East, 5th Floor
Atlanta, GA 30326
rward@dilworthip.com
404-606-6480

The Court is requested to change its records accordingly.

1

Respectfully submitted, this 4th day of March, 2013,

   /s/ Robert Ward
Robert M. Ward
(Georgia Bar No. 775401)
**Dilworth IP, LLC**
The Pinnacle Building
3455 Peachtree Road NE
5th Floor
Atlanta, GA 30326
Telephone: (404) 606-6480
Facsimile: (203) 220-8497
E-mail: rward@dilworthip.com

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing paper was electronically filed with the Clerk of Court by using the CM/ECF system, and which will be served upon all counsel of record.

By:  */s/ Robert Ward*
    Robert M. Ward

*Attorney for Defendant*