IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TPI HOLDINGS, INC., <br> DOMINION ENTERPRISES, and <br> AUTOTRADER.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> TRADER INTERACTIVE, LLC, <br> JEFFREY SCHWARTZ (individually <br> and d/b/a TRADERNET), and JOHN <br> DOES 1-10, <br><br> Defendants. | Civil Action No.: 1:12-CV-4383-SCJ |

## PLAINTIFFS' REPLY MEMORANDUM RESPECTING THEIR MOTION FOR ENTRY OF DEFAULT

Plaintiffs' Motion for Entry of Default was appropriately filed because Defendants had failed to respond to the Complaint, had failed to seek further extensions to do so, and had not agreed – until after Plaintiffs had already initiated electronic filing of the motion – to all material terms of settlement. In light of Defendants' statements respecting their agreement to terms in the Opposition Memorandum (Dkt. No. 15), and notwithstanding the mischaracterizations in the Memorandum, Plaintiffs now are hopeful the parties will conclude a settlement.

This 17th day of April, 2013.

                    Respectfully submitted,

                    s/ Judith A. Powell
                    Judith A. Powell (GA Bar No. 586125)
                    Sabina A. Vayner (GA Bar No. 565211)
                    **KILPATRICK TOWNSEND & STOCKTON LLP**
                    1100 Peachtree Street, Suite 2800
                    Atlanta, Georgia 30309-4528
                    (404) 815-6500 (telephone)
                    (404) 815-6555 (facsimile)
                    jpowell@kilpatricktownsend.com
                    svayner@kilpatricktownsend.com

                    *Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TPI HOLDINGS, INC., DOMINION ENTERPRISES, and AUTOTRADER.COM, INC., <br><br>Plaintiffs,<br><br>v.<br><br>TRADER INTERACTIVE, LLC, JEFFREY SCHWARTZ (individually and d/b/a TRADERNET), and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 1:12-CV-4383-SCJ |

## **CERTIFICATE OF COMPLIANCE**

In accordance with Local Rule 7.1D, the attached pleading complies with the font and point selections prescribed by Local Rule 5.1C and uses 14 point Times New Roman Font.

      s/ Judith A. Powell
      Judith A. Powell
      *Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TPI HOLDINGS, INC., DOMINION ENTERPRISES, and AUTOTRADER.COM, INC., <br><br>   Plaintiffs, <br><br>v. <br><br>TRADER INTERACTIVE, LLC, JEFFREY SCHWARTZ (individually and d/b/a TRADERNET), and JOHN DOES 1-10, <br><br>   Defendants. | Civil Action No.: 1:12-CV-4383-SCJ |

## **CERTIFICATE OF SERVICE**

This is to certify that, on April 17, 2013, a copy of **Plaintiffs' Reply Memorandum Respecting Their Motion for Entry of Default** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send the foregoing document to the following counsel of record for all Defendants:

 Robert M. Ward, Esq.
 The Pinnacle Building
 3455 Peachtree Road NE, 5th Floor
 Atlanta, GA  30326
 *rward@dilworthip.com*

            s/ Judith A. Powell
            Judith A. Powell
            *Attorney for Plaintiffs*