IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TPI HOLDINGS, INC., DOMINION ENTERPRISES, and AUTOTRADER.COM, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No.: 1:12-CV-4383-SCJ |
| TRADER INTERACTIVE, LLC, JEFFREY SCHWARTZ (individually and d/b/a TRADERNET), and JOHN DOES 1-10, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF DISMISSAL OF COMPLAINT

The parties having settled this case, the Complaint is hereby dismissed without prejudice, with the parties to pay their respective costs.

This 3rd day of September, 2013.

| | |
|---|---|
| s/ Judith A. Powell | s/ Robert M. Ward |
| Judith A. Powell (GA Bar No. 586125) | Robert M. Ward (GA Bar No. 775401) |
| Sabina A. Vayner (GA Bar No. 565211) | **Dilworth IP, LLC** |
| **Kilpatrick Townsend & Stockton LLP** | The Pinnacle Building |
| 1100 Peachtree Street, Suite 2800 | 3455 Peachtree Road NE, 5th Floor |
| Atlanta, Georgia 30309 | Atlanta, GA 30326 |
| Phone: (404) 815-6500 | Phone: (203) 220-8496 |
| Facsimile: (404) 815-6555 | Facsimile: (203) 220-8497 |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TPI HOLDINGS, INC.,                    )
DOMINION ENTERPRISES, and              )
AUTOTRADER.COM, INC.,                   )
                                        )
            Plaintiffs,                 )
                                        )  Civil Action No.:  1:12-CV-4383-SCJ
v.                                      )
                                        )
TRADER INTERACTIVE, LLC,                )
JEFFREY SCHWARTZ (individually          )
and d/b/a TRADERNET), and JOHN          )
DOES 1-10,                              )
                                        )
            Defendants.                 )

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that, on September 3, 2013, a copy of the foregoing **Notice of Dismissal of Complaint** was filed electronically with the Clerk of the Court using the CM/ECF system, which will send the foregoing document to the following counsel of record for all Defendants:

Robert M. Ward, Esq.
The Pinnacle Building
3455 Peachtree Road NE, 5th Floor
Atlanta, GA  30326
*rward@dilworthip.com*

s/ Judith A. Powell
Judith A. Powell
*Attorney for Plaintiffs*